August 4, 2025

The within named person(s) (Affiant(s)), Sandra: Brietzke, who reside of Plymouth County, State of Massachusetts, personally came and appeared before me, the undersigned Notary Public, and makes this her statement, testimony and General Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of her knowledge.

Defendant: Sandra: Brietzke

147 Great Neck Rd.

Wareham, MA. 02571

FILED
Clerk's Office
USDC, Mass.
Date 8/5/26
By CW
Deputy Clerk

Plaintiff: Denise Casper

Insurance / Bond

Federal Court

RE: Case No. (LT): 1:26-CV-10048-DJC

Plaintiff demands trial by jury on all issues properly so tried.

I am filing this lawsuit in Federal Court due to the following:

INTRODUCTION

1. Plaintiff's Sandra Brietzke (I have the right to represent family) and Joshua Brietzke are the rightful occupants and owners of 147 Great Neck Rd. Wareham, MA. 02571. We filed the above listed court case.
2. Attorney's and judges do not have first hand knowledge.
3. When I submitted our case with the clerk I also submitted a TRO. I was told that court costs had to be paid. I had a Affidavit notarized stating financial facts.
4. Judge Casper came back stating that I/we would need to fill out en pauperis paperwork. I sent a motion to proceed without paying court fees. The motion included Supreme Court case laws, January 20, 2026.
5. The suit listed ourselves as natural beings, UCC-1 numbers given for both of us.
6. There were no conversations or questions asked. Just assumptions made and the need to make securities to profit off of us just like the mortgage companies.

7. Due to Defendants actions there is no longer immunity. Breach of oath, Breach of Constitution, criminal cohesion, and mass fraud, etc.
8. Fraud to the Court.
9. Acting against the Constitution and violating our unalienable rights makes Defendants decision on case Void Ab Initio.

JURISDICTION AND VENUE

This is to be held in the Federal Court venue due to the case. This is also where you file a judicial complaint.

1. These actions arise under the constitution and laws of the United States including but not limited to:
    - 18 USC 2701
    - Fraud upon the court
    - 5 USC 331
    - SEC Rule 10b-5, codified at 17 CFR § 240.10b-5, was adopted under the authority of Section 10(b) of the Securities Exchange Act of 1934 to prevent securities fraud in the United States (17 CFR § 240.10b-5) LII Cornell University 18 USC 1001, Sec Rule 10b-5, USPTO Class 45,
    - A birth certificate shall be prima facie evidence of a state security. 18 U.S.C. 914 Article 1 8.6. Social Security number is evidence of chattel paper, securities, etc. 18 U.S.C. 8 (Exhibit A: Vital Records and Vital Statistics)
    - 5 U.S.C. 331, 5 U.S. 7311 & E.O. 10450, 18 USC 2384, 18 USC 1961, RICO; U.S. v. Will, 449 U.S. 200, 216, 101 s.Ct. 471, 66 L.Ed.2d 392, 406 (1980), Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821), 18 U.S.C. 2381, Clearfield Doctrine 2008, Cestui Que Vie Act 1666, 18 241, 34 USC 12601
    - 18 USC 242
    - Amdt14.S1.5.5.2, 42 USC 12203, 42 USC 1983, 42 USC 1985, 28 USC 607
    - 18 USC 3571, 18 USC 242, 32 CFR 536.77 (a)(3)(VII)

Federal-question jurisdiction exists under 28 U.S.C. 1331, 1343, and 18 U.S.C.1964(c)

Venue is proper under 28 U.S.C. 1391(b) because the property at 147 Great Neck Rd. Wareham, Massachusetts lies within this District/State and all relevant events occurred here.

There are five relevant Affidavits of Truth and Fact attached that are pertinent to this case.

PARTIES

1. Plaintiff, Sandra Brietzke (represents family) residing in Massachusetts are natural living breathing beings of God who entered an alleged financial transaction with Defendants. Joshua Brietzke: UCC-1 Filing number 202415578190. Sandra Brietzke: UCC-1 Filing number 202415023410. Birth certificates Apostelled, Power of Attorney Revocation, Dead at sea documents filed and distributed to all pertinent parties. Due to being natural beings, we are not obligated to pay fees. All case law written in attached Affidavits.
2. We come in good faith as Ministers in equity, natural creditors
3. The Defendant is Denise Casper Federal Court Magistrate.

FACTUAL ALLEGATIONS

The reasons for filing this are as follows: Case No. 1:25-cv-10229-

1. The TRO was denied due to not filling out en pauperis.
2. Judge Casper taking away our unalienable rights was a breach of common law and constitutional law. A breach of oath in constitution.
3. Accountability: 5 USC 3331; 18 USC 240, 241, 242; Amdt14.S1.5.5.2 Impartial Judge and Jury
4. The rights of the individual are not derived from government agencies. Dallas v. Mitchell 1994
5. There is no statute of limitations for fraud. Fraud vitiates everything. UCC 2-721, Hayek v. Herron, The Fraud Act of 2006, Statute of Frauds
6. 42 U.S.C. § 1983 Civil action for deprivation of rights, commonly called Section 1983, Count III "The enumeration in the constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."
7. (7). The clerk masquerading as judge committed as treason, and a seditious conspiracy pursuant to your own state and federal codes – "When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of treason." US v. Will, 449US 200, 216, 101 S Ct, 471, 66 Led 2nd 392, 406 (1980) Cohens v. Virginia, 19 US (6 Wheat) 264, 404, 5 LE d 257 (1821); EO 13818

1. What happens in court:
    - The administration of financial transactions through bond governed by the uniform Commercial Code UCC, securities law, and the silent assumptions of maritime contract. Key elements of the performance: the judge acts as the banker and the administrator of the escrow.

The prosecutor represents the creditor. Plaintiff corporation or state the defense attorney is there to ensure your silence your dishonor or your consent

- In court or paying a county invoice; they issue bid bonds, performance bonds, and payment and bonds. Understand third form 24, 25, 25-A They trade those bonds on the market monetize your default or silence as a commercial asset. The courts are not seeking justice they are seeking revenue. The so-called criminal case is a civil debt collection disguised under commercial terms. Charges equal commercial presentments, attempt equals dishonor, judgment equals asset creation. The court registry investment system or CRIS is an interest bearing cash management system used by the US courts to monetize court cases. (United States District Court for the Easter District of North Carolina; RE: Deposit and Investment of Registry Funds, Standing Order, 3-16-2017)

8. Notice of Electronic Filing 7/7/25 Case No. 1:25-cv-10229-ADB Defendants Motion to Dismiss granted. It is evident that the judge and magistrate never looked at the EXHIBITS as I had submitted AFFIDAVITS which went unrebutted that stand as truth/Prima Facie. There are letters, laws, letters of RESPA unanswered, Forensic Mortgage Audit/Bloomberg with CUSSIP. All evidence of charges. (EXHIBIT N)
9. Judge are appointed official/public servant. They are required to have an oath and bond. This is a request for Judge Casper's oath and bond.

CLAIMS FOR RELIEF

1. Deprivation of Civil Proceedings: Civil Procedure 41 Dismissal of Actions
2. Judicial Bias Williams v. Pennsylvania
3. Denied rights of reasonable defense arguments; penalty $250,000.00; 18 USC 3571
4. Armed violation of due process; $250,000.00
5. Denied provisions in the constitution; $250,000.00; 18 USC 3571
6. Armed treason, war against Americans; $250,000.00
7. Armed deprivation of rights under color of law; 18 USC 242
8. Violation of oath of office; Penalty $250,000.00; 18 USC 3571, 28USC 3002(15)
9. Emotional Distress; $200,000.00; 32 CFR 536.77 (a)(3)(VII)
10. Peonage (Felony) $200,000.00 18 USC 1621, 42 USC 1994
11. Neglect/Failure to protect Act $200,000.00; 18 USC 1621, 42 USC 1986
12. Acting as Foreign Agent Principles; $200,000.00; 18 USC 219

13. Violations of the Universal Declaration of human rights armed breach of trust; $200,000.00
14. Armed malfeasance malpractice; $200,000.00; 22 CFR 13.3
15. Armed conspiracy against rights of people; $200,000.00; 18 USC 241
16. Armed criminal extortion/economic oppression; $200,000.00; 25 CFR 11.417, 18 USC 872
17. Judges are to follow and uphold "The Guide to Judiciary Policy, Ethics Policies, and Code of Conduct" Cannon law. Operating under and in the confines of the original Constitution / common law.
18. 31 CFR § 363.6 defines key terms used in the TreasuryDirect system, including account types, security forms, and transaction-related terminology.
19.

I also demand to see Intelligible Procedures Along with Ascertainable Procedures.

In this intentional concealment of interest this can violate the fundamental right for a fair trial, guaranteed by the Due Process Clause of the Constitution.

Without showing the previously requested information, Allison D. Burroughs has no authority to make any kind of legal proceedings, determination of motions, judgments in common law.

I am attaching: "JUDGES: BEHOLDEN TO THE CONSTITUTION AND ACCOUNTABLE TO THE PEOPLE" (EXHIBIT O)

Judges are to be impartial, unbiased, fiduciary of the people. 28 USC 453

20. Magistrates and Judges know when a case number is created, they have opened a security. To not disclose this information is a concealment of a material fact. Fraud vitiates everything Article 3 3.

Another question seems to be who is holding the security attached to this case number and why do judge initials keep changing at the end of court case number? Was a 1099 filed? Is this quid pro quo corruption? Knowing that there is a conflict as well as a monetary interest? I am asking for a full accounting of court documents. 18 U.S.C. 1348 Knowing that courts work with securities they are actually in the banking industry. They know how banking works and is easily found in Modern Money Mechanics published by the Federal Reserve in Chicago. So most tend to side with the banks due to this bias.

The plaintiff demands full disgorgement of all funds obtained through fraudulent securitization.

21. No Triad = No Authority. No Oath, No Bond, No Delegation =Void. No Delegation is no jurisdiction, no oath is no office, no bond is no remedy = No

authority. Allison D. Burroughs has acted in the color of law. Article 3 3 Officers who act without Delegation, Oath, or Bond wage a war on my rights. Fraud vitiates everything it touches.

13th Amendment: Titles of Nobility Amendment (TONA) – ratified by 1819.

Bar attorneys = foreign agents = can't hold office. Did Congress give consent?

Judge/Magistrate disguising lack of impartiality.

Unlawful Judges = Void Ruling Issued by agents barred from office under TONA. Void ab initio.

Void Judgement without lawful authority is void from the start.

Perjury "Conclusion drawn in favor of one without hearing the other is not based on fairness, but pretense" – Pretend Judgment

Dred Scott was Void.

"Citizen = Subject" (trick) The necessary fraud that enabled the bar to rule despit TONA. "Citizen" redefines the People as subjects with not sovereignty.

Supreme Court: United States v. Throckmartin (1878) "*15 In all these cases, and many others which have been examined, relief has been granted, on the ground that, by some fraud practised directly upon the party seeking relief against the judgment or decree, that party has been prevented from presenting all of his case to the court.*"

Boyce's Executors v Grundy (1830) established that fraud undermines the validity of all contracts and judgements.

Fraud is Null. Treason is punishable.

Fraud on the Court and People (EXHIBIT P)

those initiating these contracts fully understand the plight of banking which equals a guilty mind. With the double dipping, causing a individual peonage and slavery = true offenses. 18 U.S.C. 1581
To the point of Ubi jus ibi remedium. Where there is a right there is a remedy. Without remedy = no real right.
Maxims are the foundation of all law. (Bouviers Dictionary: They are principles and authorities, and part of the general customs or common law of the land... )
"The people are sovereign, and all servants are bound to these maxims." No bar card, bench, or badge outranks the truth in the record. I stand on the law, they serve it. Common law is not a privilege; it's the inheritance of the People.

A court of record is "the person and suit of the sovereign." That means: The court = the Sovereign. Since the People are sovereign, my will in my Court of Record = law of the case. The magistrate is only ministerial (a servant of the tribunal). In America; The Peoples wish, lawfully declared on the record is command. Now as a living breathing woman of God I go with common law. Rights from God and Nature – not from government. This was declared in my paperwork. Please note that I hold a UCC-1 as well as other paperwork that has been distributed to the correct delegated parties.

"The people are truly sovereigns of the country." (Chisholm v Georgia 1793)

TONA Still Stands. Every ruling by a BAR agent is void. Foreign agents cannot hold office-then or now.

A Magistrate/Judge having a conflict of interest and no oath violates constitutional rights.

*7. 42 U.S.C. 1983 "**"Deprivation of any rights, privileges, or immunities secured by the Constitution and laws"**: The core of a Section 1983 claim is the deprivation of a constitutional or federally protected right. These rights include those enshrined in the U.S. Constitution, such as the rights guaranteed by the First, Fourth, Fifth, Eighth, and Fourteenth Amendments. Additionally, Section 1983 can sometimes be used to enforce rights provided by federal statutes, provided those statutes create individually enforceable rights.*

***"Liable to the party injured"**: Section 1983 creates a private right of action, meaning that individuals whose rights have been violated can file a lawsuit to seek redress. This may include monetary compensation for damages suffered and equitable relief, such as injunctions to prevent further violations.*

## C. *Private Actors "Under Color of State Law"*

*Though Section 1983 is primarily intended to hold public officials accountable, there are situations where **private individuals or entities** can also be sued under this statute. The key question in these cases is whether the private actor's conduct can be considered to have been undertaken "under color of state law." This generally occurs when a private party performs a function traditionally the exclusive responsibility of the government or when the private party is closely intertwined with government actors.*

RELIEF REQUESTED

1. Forthright information as to the court case numbers with their different initials as well as the information to have this transferred to my trust.

2. I would like to see the cusip and security information on court case.
3. Charges for fraud, fraudulent dealings. Herring v. United States (2005)
4. Fraud on the Court By An Officer of the Court Bulloch v United States 63 Fed 115, 1121 (1985)
5. A cash payment in the amount of $10,000.00 paid in silver dollar coins.

If this is not handled through Denise Casper insurance or settled; then I am asking for a jury trial.

IN WITNESS WHEREOF, I have hereunto set my hand on this the ______ day of __________________ 2026.

______________________________

Signature of Principal / Beneficiary

Without Recourse and Without Prejudice UCC 1-308

COMMONWEALTH OF MASSACHUSETTS

County of Plymouth

On this _______ day of ____________________, 2026, before me, the undersigned notary public, personally appeared Sandra-G: Brietzke and proved to me through satisfactory evidence of identification to be the persons whose names are signed on this Affidavit and acknowledged to me that they have signed this voluntarily as their free act and deed for its stated purpose.

______________________________

Notary Public

Commission Expires: ________________________